1  Charles R. Toomajian III (SBN 302153)
     Email: charles.toomajian@zimmreed.com
2  Anna E. Jenks (*pro hac vice* forthcoming)
     Email: anna.jenks@zimmreed.com
3  Zain Shirazi (SBN 302841)
4    Email: zain.shirazi@zimmreed.com
   Behdad C. Sadeghi (*pro hac vice* forthcoming)
5    Email: behdad.sadeghi@zimmreed.com
6  **ZIMMERMAN REED LLP**
   1100 IDS Center
7  80 South 8th Street
8  Minneapolis, Minnesota 55402
   Tel: (612) 341-0400
9  Fax: (612) 341-0844
10
11 *Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DAVIS, individually and on behalf of all others similarly situated, | Case Number: 4:25-cv-04819-HSG |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES (as modified)** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES
Case No. 4:25-cv-04819-HSG

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff Darryl Davis and Defendant Experian Information Solutions, Inc., by and through their respective counsel of record, hereby stipulate and agree as follows:

On June 23, 2025, Defendant filed a Motion to Compel Arbitration and to Stay Proceedings (the "Motion") (Dkt. 9), currently set for hearing on August 7, 2025.

Plaintiff's opposition to the Motion is currently due on July 7, 2025, and Defendant's reply is currently due on July 14, 2025.

The parties have met and conferred and agreed to a short extension of time for the opposition and reply briefs.

The parties respectfully request that the Court enter an order as follows:

1. Plaintiff's deadline to file an opposition to the Motion shall be extended by seven (7) days to July 14, 2025;

2. Defendant's deadline to file a reply in support of the Motion shall be extended by fourteen (14) days to July 28, 2025;

This stipulation does not alter the date of the hearing on the Motion or any other deadlines set by the Court, unless the Court orders otherwise.

IT IS SO STIPULATED.

Respectfully submitted,

**ZIMMERMAN REED LLP**

Date: June 30, 2025                     By: /s/ *Charles R. Toomajian*

Charles R. Toomajian III (SBN 302153)
Zain Shirazi (SBN 302841)
Anna E. Jenks
(*pro hac vice* application forthcoming)
Behdad C. Sadeghi
(*pro hac vice* application forthcoming)

1

1100 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Tel: (612) 341-0400
Fax: (612) 341-0844
charles.toomajian@zimmreed.com
anna.jenks@zimmreed.com
zain.shirazi@zimmreed.com
behdad.sadeghi@zimmreed.com

*Counsel for Plaintiff*

**JONES DAY**

By:   */s/ John A. Vogt*

John A. Vogt (SBN 198677)

3161 Michelson Drive, Suite 800
Irvine, CA 92612
Tel: (949) 851-3939
Fax: (949) 553-7539
javogt@jonesday.com

*Counsel for Defendant*

## ATTESTATION OF FILER

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

　　　　　　　　　　　　　　　　　*/s/ Charles R. Toomajian III*
　　　　　　　　　　　　　　　　Charles R. Toomajian III (SBN 302153)

**ORDER**

Pursuant to the parties' stipulation, and for good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff's opposition to Defendant's Motion to Compel Arbitration shall be filed no later than July 14, 2025; and
2. Defendant's reply in support of their Motion shall be filed no later than July 28, 2025.

**PURSUANT TO STIPULATION, IT IS SO ORDERED** except the hearing on the motion will be held on 8/14/2025 before Judge Haywood S. Gilliam, Jr., at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA.

Dated: June 30, 2025

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge