|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DARRYL DAVIS and BRETT MCNAMAR, individually, and on behalf of those similarly situated, | Case No. 4:25-cv-04819-HSG |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO RESPOND TO FIRST AMENDED COMPLAINT** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

ORDER
Case No. 4:25-cv-04819-HSG

1 | Having reviewed and considered the Stipulation Extending Deadlines to Extend Time for Defendant Experian Information Solutions, Inc. to Respond to Plaintiff's First Amended Complaint, and upon good cause shown, it is hereby **ORDERED** that Defendant's new response date is October 17, 2025.

7 | IT IS SO ORDERED

9 | Dated: 9/23/2025

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE