UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL DAVIS, et al., | Case No. 25-cv-04819-HSG |
| Plaintiffs, | **SCHEDULING ORDER** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

A case management conference was held on September 16, 2025. Having considered the parties' proposals, *see* Dkt. No. 39, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Amendment of Pleadings/ Joinder | November 17, 2025 |
| Close of Fact Discovery | February 13, 2026 |
| Deadline for Plaintiff to file Motion for Class Certification and Serve Related Expert Reports | April 9, 2026 |
| Deadline for Defendant to file Opposition to Motion for Class Certification and Serve Related Expert Reports | May 15, 2026 |
| Deadline for Plaintiffs to file Reply in Support of Motion for Class Certification | June 5, 2026 |
| Close of Expert Discovery | June 5, 2026 |
| Hearing on Motion for Class Certification | June 25, 2026, at 2:00 p.m. |

//

//

1    These dates may only be altered by order of the Court and only upon a showing of good
2    cause.  The parties are directed to review and comply with this Court's standing orders.  This order
3    terminates Dkt. No. 39.

**IT IS SO ORDERED.**

Dated:    9/30/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge