UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT MCNAMAR, individually, and on behalf of those similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendant. | Case No. 4:25-cv-04819-HSG<br>Assigned to: Judge Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING STIPULATION TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC'S MOTION TO DISMISS** |

**ORDER**

Having reviewed Defendant Experian Information Solutions, Inc.'s ("Experian") and Plaintiff Brett McNamar's Stipulation to Stay Discovery Pending Resolution of Experian's Motion to Dismiss, and good cause appearing, IT IS HEREBY ORDERED that the stipulation is GRANTED.

**IT IS SO ORDERED.**

Dated: 1/20/2026

Honorable Haywood S. Gilliam, Jr.
United States District Judge

ORDER GRANTING
STIPULATION TO STAY
Case No. 4:25-cv-04819-HSG