Charles R. Toomajian III (SBN 302153)
Email: charles.toomajian@zimmreed.com
**ZIMMERMAN REED LLP**
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Telephone: (877) 500-8780

Behdad C. Sadeghi (admitted *pro hac vice*)
Email: behdad.sadeghi@zimmreed.com
Anna E. Jenks (admitted *pro hac vice*)
Email: anna.jenks@zimmreed.com
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0400

*Counsel For Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRETT MCNAMAR,<br><br>Plaintiff,<br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | Case No. 4:25-cv-04819-HSG<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Honorable Haywood S. Gilliam, Jr. |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Brett McNamar ("Plaintiff"), through his undersigned counsel, hereby provides notice that the claims in above-captioned action are voluntarily dismissed against Defendant Experian Information Solutions, Inc. without prejudice.

Voluntary dismissal is appropriate under Fed. R. Civ. P. 41(a)(1)(A)(i) given that Defendant has neither answered the Complaint nor filed a motion for summary judgment.

Respectfully submitted,

Dated: June 25, 2026

*/s/ Behdad C. Sadeghi*

BEHDAD C. SADEGHI (admitted *pro hac vice*)
behdad.sadeghi@zimmreed.com
ANNA E. JENKS (admitted *pro hac vice*)
anna.jenks@zimmreed.com
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0400

CHARLES R. TOOMAJIAN (SBN 302153)
charles.toomajian@zimmreed.com
**ZIMMERMAN REED LLP**
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Telephone: (877) 500-8780

*Counsel for Plaintiff*